# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9421 | **DATE** | 8/25/2004 |
| **CASE TITLE** | AMERICAN HARDWARE MANUFACTURERS vs. REED ELSEVIER, INC. | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

> MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____.  Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]  Enter Memorandum Opinion And Order. Defendants' joint motion for a protective order for a partial stay of discovery pending ruling on motions to dismiss is granted to the extent indicated herein.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | AUG 2 7 2004 | |
| ✓ | Docketing to mail notices. | | date docketed | 29 |
| | Mail AO 450 form. | | JXM | |
| | Copy to judge/magistrate judge. | | docketing deputy initials | |
| LG | courtroom deputy's initials | | date mailed notice | |
| | | | mailing deputy initials | |

U.S. DISTRICT COURT

2004 AUG 25 PM 6: 29

Date/time received in central Clerk's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERICAN HARDWARE MANUFACTURERS   )
ASSOCIATION, a Delaware not-for-profit corporation,)
  )
       Plaintiff,   )
  )
     vs.   )    No. 03 C 9421
  )
REED ELSEVIER, INC., a Massachusetts corporation, )
and REED EXHIBITIONS, a division of Reed Elsevier, )
Inc. and ASSOCIATION EXPOSITION & SERVICES, )
a division of Reed Elsevier, Inc., and FREEMAN   )
DECORATING CO. (a/k/a The Freeman Companies), )
an Iowa corporation, and FREEMAN DECORATING )
SERVICES, INC. (a/k/a The Freeman Companies), a )
Texas corporation,   )
  )
      Defendants.   )

## MEMORANDUM OPINION AND ORDER

Freeman Decorating Co. and Freeman Decorating Services, Inc. move for a protective

order for a partial stay of discovery pending ruling on motions to dismiss. That motion is

granted to the extent indicated herein.

The motions to dismiss the First Amended Complaint have a briefing schedule, and we

would expect to rule shortly after October 13, 2004. Whatever the ruling, claims relating to

events after February 26, 2003, are likely to survive. We see no reason to prohibit discovery

relating to those claims or the fraudulent inducement claim, but we think that pre-release

claims discovery should wait until the claims going forward have been clarified. In the

interim, document discovery relating to the post-release and fraudulent inducement claims

should precede oral depositions, and the oral depositions should be confined to those claims



and be of witnesses who would not have to be redeposed if the motions to dismiss are denied. Nor do we mean to suggest that the fraudulent inducement claim can be a springboard for exploring various possible pre-release claims. For now, that exploration should be confined to who communicated what to whom during the negotiation of the settlement.

_James B. Moran_
**JAMES B. MORAN**
Senior Judge, U. S. District Court

_Aug. 24_ , 2004.