IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERICAN HARDWARE )
MANUFACTURERS ASSOCIATION, )
a Delaware not-for-profit corporation, )
)
      Plaintiff, )
)
      vs. ) No. 03 C 9421
)
REED ELSEVIER, INC., a )
Massachusetts corporation, et al., )
)
      Defendants. )
------------------------------------------------- )
REED ELSEVIER, INC., a )
Massachusetts corporation, )
)
      Counter-plaintiff, )
)
      vs. )
)
AMERICAN HARDWARE )
MANUFACTURERS ASSOCIATION, )
a Delaware not-for-profit corporation, )
and TIMOTHY S. FARRELL, )
)
      Counter-defendants. )

## MEMORANDUM OPINION AND ORDER

Defendant Reed Elsevier, Inc. (Reed) moves to limit discovery pending ruling on its motion for partial summary judgment. The Freeman defendants join in that motion. The motion is granted.

This motion has a "chicken and the egg" quality to it. The motion for partial summary judgment seeks to foreclose claims arising prior to February 26, 2003, on the basis that they were released. Reed recognizes that plaintiff is entitled to discovery respecting its fraudulent

inducement contention and post-February 26, 2003 claims. Plaintiff recognizes that there is not much sense in spending time and money on pre-February 26, 2003 claims until the motion for partial summary judgment is decided. This court has said the same.

The real dispute, it appears, is determining what discovery is germane to the fraudulent inducement contention and post-February 26, 2003 claims. Plaintiff insists Reed has used more general discovery disputes – pending before Magistrate Judge Levin – to avoid even the more limited discovery. Reed insists that plaintiff is unreasonably arguing that practically all of its discovery relates, in some fashion, to the more limited inquiry, when it does not. That dispute is one that should be decided by Judge Levin. The inquiry should, for now, be limited, but what is or is not within the boundaries of that limitation is up to Judge Levin.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 14, 2004.