IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN HARDWARE MANUFACTURERS ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 03 C 9421 ) |
| REED ELSEVIER, INC., et al., | ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION AND ORDER

William P. Farrell, Sr. and Timothy S. Farrell (the Farrells) came into this lawsuit after a Protective Order had been entered by consent. We previously ruled that the Farrells were not parties to the Protective Order (they did not consent, but that does not mean that they cannot become parties to that Order). Defendants want to fine-tune the Protective Order in four respects so as to bring the Farrells into the same posture as the other parties. We agree with the concept that the Farrells should have the same rights and obligations as the other parties, but the motion needs some fine-tuning itself in order to make the rights and obligations parallel.

1. The Farrells should be and are added as parties to the Protective Order.

2. The proposed modification of Para. 11 of the Protective Order shall read as follows:

> 11. Nothing herein shall prevent disclosure of any Protected Information.
> (1) by the producing party; or
> (2) to any employee or officer of the producing party; or
> (3) to any person never or no longer affiliated with the producing party, who either authored the Protected Information, in whole or in part, or who received the Protected Information.

3. Para. 8(b) of the Protective Order shall read as follows (and the present (b) becomes (c)):

> Counsel representing third parties authorized to review Protected Information, provided such counsel agrees to be bound by this Protective Order.

Finally, general counsel, of any entity subject to the Protective Order, whether or not also litigation counsel, officers or directors, shall have access to Highly Confidential Information. The protection against inappropriate disclosure rests upon their professional obligations.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 12, 2008.